# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| **DANIEL ANTONIO GARCIA** | ) |
|  | ) |
| **Plaintiff,** | )    **Civil Action No.: 12-3447** |
|  | ) |
| **v.** | ) |
|  | ) |
| **ALLIANCE SCREENING, LLC,** | ) |
| **et al.** | ) |
|  | ) |
| **Defendants.** | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

Kindly enter Plaintiff's voluntary dismissal without prejudice as to Defendant

RealPage, Inc. d/b/a Leasing Desk pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).


**FRANCIS & MAILMAN, P.C.**


BY:    _/s/ Gregory Gorski_
GREGORY GORSKI
Attorneys for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600


Dated: January 18, 2013