IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DANIEL ANTONIO GARCIA ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 12-3447 |
| ) | |
| v. ) | |
| ) | |
| ALLIANCE SCREENING, LLC, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

Kindly enter Plaintiff's voluntary dismissal without prejudice as to Defendant Alliance Screening, LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**FRANCIS & MAILMAN, P.C.**

BY:   */s/ Gregory Gorski*
GREGORY GORSKI
Attorneys for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Dated: October 11, 2013