OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS
1:12-CV-03447-CC-RGV

91 7199 9991 7031 9585 5508




U.S. POSTAGE ≫ PITNEY BOWES

ZIP 30303 $ 005.21⁰
02 1W
0001383857 OCT. 01 2013

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV - 4 2013

JAMES N. HATTEN, Clerk
Deputy Clerk

Alliance Screening, LLC
2909 Cole Avenue
Suite 230
Dallas, TX 75204

NIXIE        759     DE  1009      0011/01/13
             RETURN TO SENDER
                UNCLAIMED
             UNABLE TO FORWARD

BC: 30303336199      *1034-01440-04-36

752048111S C010

## Other Orders/Judgments
1:12-cv-03447-CC-RGV Garcia v. Alliance Screening, LLC et al

4months,SUBMDJ,SUBMMG

### U.S. District Court

### Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 10/1/2013 at 2:34 PM EDT and filed on 10/1/2013
**Case Name:**        Garcia v. Alliance Screening, LLC et al
**Case Number:**      1:12-cv-03447-CC-RGV
**Filer:**
**Document Number:** 17

**Docket Text:**
**ORDER that an evidentiary hearing on plaintiff's motion for default judgment, [Doc. [15]], will be held on October 16, 2013 at 2:00 p.m. in Courtroom 2022, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia, before the undersigned United States Magistrate Judge. The Clerk is DIRECTED to send this Order by certified mail, return receipt requested, to defendant at the following address: Alliance Screening, LLC, 2909 Cole Avenue, Suite 230, Dallas, TX 75204. Signed by Magistrate Judge Russell G. Vineyard on 10/1/2013. (tcc)**

**1:12-cv-03447-CC-RGV Notice has been electronically mailed to:**

Gregory Joseph Gorski     ggorski@consumerlawfirm.com, Dania@consumerlawfirm.com, ivukas@consumerlawfirm.com

James Marvin Feagle     jfeagle@skaarandfeagle.com, ashurtz@skaarandfeagle.com, mskaar@skaarandfeagle.com

Justin Tharpe Holcombe     jholcombe@skaarandfeagle.com, ashurtz@skaarandfeagle.com

Kris Kelly Skaar     krisskaar@aol.com

**1:12-cv-03447-CC-RGV Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=10/1/2013] [FileNumber=6015056-0
] [6f6792d277c0bdcc33f4e24264a204b58569fb9694606db6d3fd72c0de59cbccde6
dc571155ba2c86421219ea44fe0d5e77541ff4390feee66f588690cc9810c]]